# EXHIBIT 1

| Patient | Fill Date | Prescription Drug Name | DEA CS Schedule | CSA Claim | FCA Claim |
|---|---|---|---|---|---|
| J.D. | 1/7/2016 | Duragesic 100 mcg/hr patch | II | X | X |
| J.D. | 1/7/2016 | Gabapentin 300 mg capsule | | | X |
| J.D. | 1/7/2016 | Hydrocodone-acetaminophen 10-325 mg tablet | II | X | X |
| J.D. | 1/7/2016 | Diazepam 5 mg tablet | IV | X | X |
| J.D. | 1/7/2016 | Tizanidine 4 mg tablet | | | X |
| J.D. | 1/7/2016 | Subsys 1,200 mcg spray | II | X | X |
| J.D. | 1/19/2016 | Gabapentin 300 mg capsule | | | X |
| J.D. | 2/4/2016 | Gabapentin 300 mg capsule | | | X |
| J.D. | 2/4/2016 | Duragesic 100 mcg/hr patch | II | X | X |
| J.D. | 2/4/2016 | Diazepam 5 mg tablet | IV | X | X |
| J.D. | 2/4/2016 | Tizanidine 4 mg tablet | | | X |
| J.D. | 3/22/2016 | Hydrocodone-acetaminophen 10-325 mg tablet | II | X | X |
| J.D. | 3/22/2016 | Tizanidine 4 mg tablet | | | X |
| J.D. | 3/22/2016 | Gabapentin 300 mg capsule | | | X |
| J.D. | 4/26/2016 | Hydrocodone-acetaminophen 10-325 mg tablet | II | X | X |
| J.D. | 4/26/2016 | Tizanidine 4 mg tablet | | | X |
| J.D. | 4/26/2016 | Gabapentin 300 mg capsule | | | X |